NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NXP USA, INC.,**
*Appellant*

**v.**

**IMPINJ, INC.,**
*Appellee*

---

2022-1474

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01062.

---

**JUDGMENT**

---

JENNIFER L. SWIZE, Jones Day, Washington, DC, argued for appellant. Also represented by ROBERT BREETZ, Cleveland, OH; MICHAEL C. HENDERSHOT, THARAN GREGORY LANIER, Palo Alto, CA; MATTHEW JOHNSON, Pittsburgh, PA; ISRAEL SASHA MAYERGOYZ, THOMAS W. RITCHIE, Chicago, IL.

TARA LAUREN KURTIS, Perkins Coie LLP, Chicago, IL, argued for appellee. Also represented by DAN L. BAGATELL,

Hanover, NH; EVAN SKINNER DAY, San Diego, CA; RAMSEY M. AL-SALAM, Seattle, WA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, TARANTO and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 2, 2023          /s/ Peter R. Marksteiner
Date                 Peter R. Marksteiner
                     Clerk of Court